TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: August 31, 2011

IN RE: Western Reserve Care System

CASE NO.: 09-40804
Chapter 11
Judge: Kay Woods

Debtor

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| X | Operating Statement | (Form 2) |
| X | Balance Sheet | (Form 3) |
| X | Summary of Operations | (Form 4) |
| X | Monthly Cash Statement | (Form 5) |
| X | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)   YES_____   NO__X____
Forum Health is Self-Insured for WC and Unemployment. There is cash on deposit held as collateral at State of Ohio Bureau of Workers' Compensation and there is a bond for Unemployment.

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)   YES__X__   NO_____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation)   YES__X__   NO_____

5. All United States Trustee Quarterly fees have been paid and are current.
YES__X__   NO_____

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation)   YES__X__   NO_____
We have timely filed all of the 2008 tax returns as of 11/16/09.

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct.

Dated: 10/17/2011

Responsible Officer of the Debtor in Possession

Chief Restructuring Officer    645-520-0150
Title                          Phone

FORM 1

3003306

WESTERN RESERVE CARE SYSTEM
OPERATING STATEMENT (P&L)
THE PERIOD ENDED: August 31, 2011

Case No: 09-40804

|  | Current Month | Prev. Month YTD | Total Since Filing |
|---|---:|---:|---:|
| Total Revenue/Sales | 21 | 250,531,751 | 250,531,772 |
| Cost of Sales |  |  |  |
| **GROSS PROFIT** | 21 | 250,531,751 | 250,531,772 |
| **EXPENSES:** |  |  |  |
| Officer Compensation (Cash Basis) | 0 | 642,564 | 642,564 |
| Salary Expenses other Employees (Includes Corp Charge for Officers) | 0 | 98,912,500 | 98,912,500 |
| Employee Benefits & Pensions | (136,481) | 30,076,146 | 29,939,665 |
| Payroll Taxes | 0 | 7,208,101 | 7,208,101 |
| Other Taxes | 2,734 | 76,066 | 78,800 |
| Rent and Lease Expense | 0 | 1,585,212 | 1,585,212 |
| Interest Expense (includes write off of financing fee) | 0 | 7,537,207 | 7,537,207 |
| Insurance | 0 | 3,742,336 | 3,742,336 |
| Automobile and Truck Expense | 0 | 55,788 | 55,788 |
| Utilities (gas, electric, phone) | 0 | 4,706,747 | 4,706,747 |
| Depreciation | 0 | 2,718,008 | 2,718,008 |
| Travel and Entertainment | 199 | 53,390 | 53,589 |
| Repairs and Maintenance | 0 | 4,112,269 | 4,112,269 |
| Advertising | 0 | 692,440 | 692,440 |
| Supplies, Office Expense, etc. | 830 | 50,044,011 | 50,044,841 |
| Other Specify (Corp Chg, Legal, Consulting, etc) | 549 | 35,867,519 | 35,868,068 |
| Other Specify (Bad Debt) | 0 | 11,791,316 | 11,791,316 |
| Other Specify (State of Ohio Franchise Fee, misc) | (101,084) | 3,650,335 | 3,549,251 |
| **TOTAL EXPENSES:** | (233,253) | 263,471,955 | 263,238,702 |
| **NET OPERATING PROFIT/(LOSS)** | 233,274 | (12,940,204) | (12,706,930) |
| Add: Non-Operating Income: |  |  |  |
| Interest Income (loss) | 0 | 255,029 | 255,029 |
| Other Income (adjust gain on sale/gain on debt discharge) | - | 32,019,273 | 32,019,273 |
| Less: Non-Operating Expenses: |  |  |  |
| Professional Fees (Legal Restructuring) | 0 | 8,927,831 | 8,927,831 |
| Other (Restructuring) | 0 | 14,931,591 | 14,931,591 |
| **NET INCOME/(LOSS)** | 233,274 | (4,525,324) | (4,292,050) |

Dated: 10/17/2011

Responsible Officer of the Debtor in Possession

FORM 2

3003306

WESTERN RESERVE CARE SYSTEM
BALANCE SHEET
THE PERIOD ENDED: August 31, 2011

Case No: 09-40804

| | Current Month | Prior Month | At Filing | |
|---|---:|---:|---:|---:|
| **ASSETS:** | | | | |
| Cash | 156,509 | 8,872 | - | |
| Inventory: | - | - | 2,766,343 | |
| Accounts Receivables: | 243,579 | 242,259 | 18,291,610 | |
| Insider Receivables | - | 3,827 | 273,625 | |
| Land and Buildings: | - | - | 111,507,920 | |
| Furniture, Fixtures & Equip: | - | - | 81,506,844 | |
| Accumulated Depreciation: | - | - | (144,395,146) | |
| Other: (prepaids, other assets) | 2,174,913 | 2,174,913 | 1,413,177 | |
| Other: (Unrestricted and Restricted Investments) | 6,553,399 | 6,553,596 | 11,780,333 | |
| Other: (Asset Impairment on Fixed Assets) | - | - | (41,057,281) | |
| **TOTAL ASSETS:** | 9,128,400 | 8,983,467 | 42,087,425 | |
| **LIABILITIES:** | | | | |
| Postpetition Liabilities: | | | | |
| Accounts Payable: (Trade, Benefit Reserves, Other) | 4,197,120 | 4,338,195 | 6,742,007 | |
| Rent and Lease Payable: | - | - | 977 | |
| Wages and Salaries: | - | - | 6,257,295 | |
| Taxes Payable: | 34,070 | 37,561 | 1,201,549 | 3,491 |
| Other: (Insider Payables & 3rd Party Reserves) | 19,617,632 | 19,564,901 | 39,016,429 | |
| **TOTAL Postpetition Liab.** | 23,848,822 | 23,940,657 | 53,218,257 | |
| Secured Liabilities: | | | | |
| Subject to Postpetition | | | | |
| Collateral or Financing Order | | | | |
| All Other Secured Liab. | 4,530 | - | 395,037 | |
| **TOTAL Secured Liab.** | 4,530 | - | 395,037 | |
| Prepetition Liabilities: | | | | |
| Taxes & Other Priority Liab. | 13,054 | 13,054 | 35,053 | |
| Unsecured Liabilities: | 8,152,983 | 8,154,019 | 12,294,290 | |
| Other: | | | | |
| **TOTAL Prepetition Liab.** | 8,166,037 | 8,167,073 | 12,329,343 | |
| Equity: | | | | |
| Owners Capital: | 198,814,606 | 198,814,606 | 195,791,192 | |
| Retained Earnings-Pre Pet. | (217,413,545) | (217,413,545) | (219,646,404) | |
| Retained Earnings-Post Pet. | (4,292,050) | (4,525,324) | | |
| **TOTAL Equity:** | (22,890,989) | (23,124,263) | (23,855,212) | |
| **TOTAL LIABILITIES AND EQUITY:** | 9,128,400 | 8,983,467 | 42,087,425 | |

Dated: 10/17/2011

_____
Responsible Officer of the Debtor in Possession

FORM 3

3003306

WESTERN RESERVE CARE SYSTEM
SUMMARY OF OPERATIONS
THE PERIOD ENDED: August 31, 2011

Case No: 09-40804

### Schedule of Postpetition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | (134) | - | (134) | - |
| State: | 2 | - | 2 | - |
| Local: | - | - | - | - |
| FICA Withheld: | - | | - | - |
| Employers FICA: (A) | (12,162) | | (12,162) | - |
| Unemployment Tax: | | | | |
| Federal: | - | | | - |
| State: | - | | | - |
| Sales, Use & Excise Taxes: | - | - | - | - |
| Property Taxes: | 37,561 | - | 3,491 | 34,070 |
| Workers' Compensation | - | | | - |
| Other: | - | | | - |
| TOTALS: | 25,267 | - | (8,803) | 34,070 |

(A) Note: In addition to the employer's portion of FICA payroll taxes withheld for salaries and wages paid, these balances include the estimated FICA payroll tax liability related to the accrued vacation and PTO liabilities on the books. There was no Payroll payments in October as employees were transferred to new owner effective 10/1/10.

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition | | | |
| Accounts Payable (Trade only) | - | - | 43,011 |

Aging based on invoice due date. (debit balance due to vendor credits)

| | | | |
|---|---|---|---|
| Accounts Rec.- Patient at Gross | - | - | 243,579 |

Reported at Net

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Dated: 10/17/2011

Responsible Officer of the Debtor in Possession

FORM 4

FORUM HEALTH
MONTHLY CASH STATEMENT
Period Ending: August 31, 2011

Case No: 09-40804

Cash Activity Analysis (Cash Basis Only):

|  | Closed May 2011 Professional Staff Chase 460199781 | Account Payable Chase 817717317 | Medical Equipment Fifth Third 83530479 |
|---|---|---|---|
| Beginning Balance | 0.00 | 166,741.62 | 0.00 |
| Receipts | 0.00 | 0.00 | 0.00 |
| Transfer from Concentration | 0.00 | 150,000.00 | 10,373.84 |
| Balance Available | 0.00 | 316,741.62 | 10,373.84 |
| Less Disbursements | 0.00 | (121,417.42) | (10,373.84) |
| Intercompany adjustment | 0.00 | 0.00 | 0.00 |
| Checking transfers | 0.00 | 0.00 | 0.00 |
| Transfer to Concentration | 0.00 | 0.00 | 0.00 |
| Ending Balance | 0.00 | 195,324.20 | 0.00 |

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

| Trust | National City Bank | 38-Y036-00-7 | 283,200.69 | William Hitchcock |
| Trust | National City Bank | 37-Y002-00-1 | 225,126.57 | Willis Park |
| Trust | National City Bank | 14-38-Y028-00-4 | 1,282,529.66 | Walter Watson. 20% Share. As of 12/31/09 |
| Trust | Stifel Prestige | B910-3837-8165 | 377,631.94 | WRCS Professional Staff As of 2/28/11 |
| Escrow | JP Morgan Chase | 806032694 | 61,374.09 | First Energy |
| Savings | JP Morgan Chase | 2931465971 | 48.34 | Western Reserve Care System |
| Savings | JP Morgan Chase | 2931466037 | 2,669,029.50 | WRCS Restricted |
| Savings | JP Morgan Chase | 2931465955 | 746,337.63 | WRCS Medical Equipment Fund |

Receipts Schedule: 460199781     817717317     83530479

| Patient Receipts | | | |
| Other receipts | | | |
| Returned checks/ACH | | | |
| Checking Transfers | | | |
| Intercompany Receipts | 0.00 | 0.00 | 0.00 |

_____
Responsible Officer of the Debtor in Possession

Dated 10/17/2011

3003306

WESTERN RESERVE CARE SYSTEM
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: August 31, 2011

Case No: 09-40804

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name: Not ApplicableCapacity: _____ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties: _____

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | |
| | | | |
| Current Benefits Paid: | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |
| Current Other Payments Paid: | Weekly | or | Monthly |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
| | | | |

Dated: 10/17/2011 _____
Responsible Officer of the Debtor in Possession

FORM 6

3003306

# SCHEDULE OF IN-FORCE INSURANCE

## Period Ending: August 31, 2011

| | |
|---|---|
| NOTE - Forum Health was purchased by Community Health Systems effective 10/31/2010. | Case No: 09-40804 |

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Property | FM Global (Incl Terrorism) | Locations 1-7 canceled effective 10/1/2010. 6607 Market St, Youngstown, OH 44512 added (insured to 12/31/2010) |

Dated: 10/17/2011

_____
Responsible Officer of the Debtor in Possession

FORM 7

3003306

Western Reserve Care System
August 31, 2011 Cash Payment Register
Case No: 09-40804

| Ck # | Vendor | City | Date | Amount |
|---|---|---|---|---|
| 318750 | BAKER & HOSTETLER LLP | CLEVELAND | 8/17/2011 | $ 549.10 |

3003306

Western Reserve Care System
Case No. 09-40804
August 31, 2011

## Accounts Payable Aged Over 30 Days

| Invoice | Post Date | Vendor Name | Due Date | Amount |
|---|---|---|---|---|
| 0831810-00-3  12/02/2011 | 12/31/2010 | Ohio Dept of Job & Family Services | 12/3/2010 | 2.95 * |
| 0831641-00-4  1/2/11 | 2/28/2011 | Ohio Dept of Job & Family Services | 1/3/2011 | 12,624.58 * |
| 0831641-00-4  12/2/1 | 12/3/2010 | Ohio Dept of Job & Family Services | 12/3/2010 | 20,850.62 * |
| 0831641-00-4  3/2/11 | 3/31/2011 | Ohio Dept of Job & Family Services | 3/3/2011 | 9,533.10 * |

* There is currently negotiations occuring related to these payments.

3003306